INTERNATIONAL RAILWAY COMPANY, Respondent, v. CITY OF BUFFALO, Appel-

App. Div.]              Fourth Department, September, 1927.

lant.— Motion for leave to appeal dismissed on the ground that no leave of this court is required, as the original judgment was modified on appeal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.